UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number:  06-14050-CIV-MARTINEZ/LYNCH

LEONARD WEIN,

    Plaintiff,

vs.

ST. LUCIE COUNTY, FLORIDA, a political subdivision of the State of Florida, and STERLING FACILITIES SERVICES, LLC,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon Plaintiff and Defendant Sterling Services, LLC's announcement that they have reached a settlement, which was made on the record at Calendar Call on Thursday, November 9, 2006.  It is hereby:

ORDERED AND ADJUDGED as follows:

1)  The parties shall file a Stipulation of Dismissal, **which must be filed with the Clerk of the Court**, a proposed Order of Dismissal or Final Judgment, and any other documents necessary to conclude this action on or before **Thursday, November 16, 2006 at 12:30 p.m.**

2)  This case remains on the trial docket until the documents necessary to conclude this action are filed.  All pertinent deadlines remain in effect.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of November, 2006.

                                                                           _____
                                                                           JOSE E. MARTINEZ
                                                                           UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record