UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  06-14050-CIV-MARTINEZ

LEONARD WEIN,
    Plaintiff,

vs.

ST. LUCIE COUNTY, FLORIDA, a political subdivision of the State of Florida, and STERLING FACILITIES, LLC.,
    Defendants.
_____/

**ORDER ON NOTICE OF SETTLEMENT**

THIS CAUSE came before the Court upon a telephone call to chambers indicating that Plaintiff and Defendant St. Lucie County, Florida have reached a settlement in this matter.  It is hereby:

ORDERED AND ADJUDGED as follows:

1)  The parties shall file either a  Stipulation of Dismissal, **which must be filed with the Clerk of the Court**, a proposed Order of Dismissal or Final Judgment, and any other documents necessary to conclude this action on or before **Monday, November 20, 2006 at 4:30 p.m.**

2)  This case remains on the trial docket until the documents necessary to conclude this action are filed.  All pertinent deadlines remain in effect.

3)  If the parties fail to comply with this order, the Court shall proceed to trial as scheduled.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of November, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record